[No. 70638-1-I. Division One. September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SILOAM SABIAN KAHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-01065-9, Dave Needy, J., entered July 1, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 70651-9-I. Division One. September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JONES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00223-8, Barbara Linde, J., entered July 12, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 70654-3-I. Division One. September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MUHAMMED ZBEIDA TILLISY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01574-5, Bruce I. Weiss, J., entered July 3, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Leach, JJ.

[No. 70665-9-I. Division One. September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMARA SAMANTHA TRYON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-00609-1, Susan K. Cook, J., entered July 19, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Appelwick, J.